FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 18 2018

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 9:18CR 25 <br> Judge RC/KFG |
| ZANE ROSS WILLIAMS | § | |

SEALED

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. 922(g)(1)
(Possession of a Firearm by a Prohibited Person)

On or about the 14th day of April, 2018, in Angelina County, Texas in the Eastern District of Texas, **Zane Ross Williams**, defendant, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Possession of a Controlled Substance, a felony, in cause number 2015-0029 in the 217th Judicial District Court of Angelina County, Texas on January 27, 2015, did knowingly and unlawfully possess in and affecting interstate commerce a firearms, to wit: one Harrington & Richardson, model Tamer, .410 caliber shotgun, serial number CAC222177; one FIE, model Derringer, .38 special caliber pistol, and one Smith and Wesson, model 908, 9mm pistol, serial number, VJD7392,

In violation of 18 U.S.C. 922(g)(1).

Indictment – Page 1

### Count Two

Violation: 18 U.S.C. § 922(g)<br>(Possession of Ammunition by a<br>Prohibited Person)

On or about the 14th day of April, 2018, in Angelina County, Texas, in the Eastern District of Texas, **Zane Ross Williams**, the defendant having been convicted of a crime punishable by imprisonment for a term exceeding one year, Possession of a Controlled Substance, a felony, in cause number 2015-0029, in the 217th Judicial District Court of Angelina County, Texas on January 27, 2015, did knowingly possess in and affecting interstate commerce, ammunition, 9MM caliber ammunition, said ammunition having been shipped and transported in interstate commerce.

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____        7-18-18
PAUL A. HABLE                                              Date
Assistant United States Attorney

Indictment – Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 9:18CR___ |
| ZANE ROSS WILLIAMS | § § | Judge_____ |

## NOTICE OF PENALTY

### Count One

Violation:   18 U.S.C. 922(g)(1)

Penalty:   Possession of a Firearm by a Prohibited Person

   Imprisonment of not more than ten (10) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years. If the Court determines that the defendant is an Armed Career Offender under 18 U.S.C. § 924(e), imprisonment of not less than 15 years and not more than life, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; a term of supervised release of not more than five (5) years.

Special Assessment: $100.00

### Count Two

Violation:   18 U.S.C. 922(g)

Penalty:   Possession of Ammunition by a Prohibited Person

   Imprisonment of not more than ten (10) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a

term of supervised release of not more than three (3) years. . If the Court determines that the defendant is an Armed Career Offender under 18 U.S.C. § 924(e), imprisonment of not less than 15 years and not more than life, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; a term of supervised release of not more than five (5) years.

Special Assessment:     $100.00